UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PACIFIC INDEMNITY COMPANY, :
                                 Plaintiff, :
: 20 Civ. 3394 (LGS)
               -against- :
: ORDER
U.S. SPECIALITY INSURANCE COMPANY, :
                               Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated May 11, 2020, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference (Dkt. No. 4);

      WHEREAS, the initial pretrial conference is currently scheduled for June 18, 2020, at 10:40 a.m.;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan;

      WHEREAS, on June 5, 2020, Plaintiff filed an executed waiver of service (Dkt. No. 5). Defendant's deadline to answer is July 28, 2020.  It is hereby

      **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **June 15, 2016**, at **noon**.  If Plaintiff is unable to timely communicate with Defendant to file the joint letter and proposed case management plan, Plaintiff shall file a letter by noon requesting adjournment of the conference.

      Plaintiff shall serve this Order and the Order at Dkt. No. 4 on Defendant and file proof of service by June 17, 2020.

Dated: June 12, 2020
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE